1                                                                          JS-6

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   FUZZY LOGIC PRODUCTIONS, INC.,          CV 16-6203 PA (SSx)

12                    Plaintiff,              JUDGMENT AND PERMANENT
                                              INJUNCTION
13          v.

14   TRAPFLIX, LLC, a California limited
     liability company; CALVIN BROADUS
15   a.k.a. Snoop Dogg, an individual;
     JOSEPH TOM a.k.a. Figg Panamera
16   a.k.a. JT the Bigga Figga; TRAPFLIX,
     LLC, a Georgia limited liability company,
17
                      Defendants.
18

19

20          Pursuant to this Court's July 11, 2016 Minute Order granting the Motion for Default

21   Judgment filed by plaintiff Fuzzy Logic Productions, Inc. ("Plaintiff") against defendants

22   Joseph Tom, also known as Figg Panamera and JT the Bigga Figga ("Tom"), and Trapflix,

23   LLC, a Georgia limited liability company ("Trapflix GA"), it is hereby ORDERED,

24   ADJUDGED, AND DECREED:

25          1.      Plaintiff shall recover from Tom and Trapflix GA, jointly and severally, the

26   amount of $1,885,969.96 (consisting of damages of $1,807,590, attorneys' fees of

27   $39,751.80, costs of $30,494, and prejudgment interest of $8,134.16);

28

2.      Plaintiff shall recover from Tom and Trapflix GA, jointly and severally, postjudgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

3.      It is further ORDERED, ADJUDGED, and DECREED that Tom, Trapflix GA, and their officers, agents, servants, employees, and any person in active concert or participation with them who receive actual notice of this Judgment and Permanent Injunction, are permanently restrained, enjoined, and prohibited from using, affixing, offering for sale, advertising, or promoting goods that infringe Plaintiff's "Snow on tha Bluff" trademarks and copyrights without the permission of Plaintiff.

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: July 11, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE